JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Scott O'Connor,

PLAINTIFF(S)

v.

City of El Segundo, et al.,

DEFENDANT(S).

CASE NUMBER

CV 20-311-DMG (PLAx)

**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**

This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Scott O'Connor

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Chief William Whalen, Captain Jaime Bermudez; and Lieutenant Dan Kim

Clerk, U. S. District Court

Dated: August 22, 2022

By /s/ Kane Tien
Deputy Clerk